

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **CR 13 00675**

Defendant Number _____1_____

U.S.A. v. Rodrigo Paul Lozano

Year of Birth ___1955___

☑ Indictment ☐ Information

Investigative agency (FBI, DEA, etc.) ___IRS-CI___

*2013 SEP 20 PM 4:55 FILED*

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense

☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense _unk through June 2012_

c. County in which first offense occurred

_Ventura_

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles   ☑ Ventura

☐ Orange   ☐ Santa Barbara

☐ Riverside   ☐ San Luis Obispo

☐ San Bernardino   ☐ Other: _____

Citation of Offense __18 U.S.C. sec. 286__

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☑ No   ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed Indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

Case ___n/a___

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: ___n/a___

Case Number _____

Charging _____

_____

The complaint:   ☐ is still pending

☐ was dismissed on: ___n/a___

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide, Name: ___n/a___

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the __n/a__ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☑ NO

IF YES, list language and/or dialect:

_____

## OTHER

☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien

Alias Name(s) Paul Lozano, Rodrigo Lozano, El Profe

This defendant is charged in:          ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?   ☐ Yes          ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☑ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☐ Other: _____

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  n/a _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is a Fugitive             ☐ Yes          ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons
     to appear.

g. Warrant requested.        ☑ Yes          ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State          ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction:    ☐ Yes          ☐ No
   IF YES :        ☐ State      ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: :     ☐ Yes     ☐ No
   IF YES :        ☐ State      ☐ Federal     AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.CrP.        20          21          40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  n/a _____

Date  9/20/13

Signature of Assistant U.S. Attorney

Mark Aveis
Print Name